UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-81270-CV-MIDDLEBROOKS/BRANNON

LAURA HILTON and ANNA NIKERINA,
individually and on behalf of all others similarly situated,

    Plaintiff,

v.

FLUENT, LLC, and REWARD ZONE USA, LLC,

    Defendants.

_____/

**<u>DECLARATION OF DANIEL BARSKY, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION</u>**

1.    My name is Daniel Barsky. I am over the age of 18 and have personal knowledge of all facts set forth in this Declaration.

2.    I make this Declaration based on my own personal knowledge obtained through the course of my employment as the General Counsel Chief Compliance Officer, and Secretary for Fluent, LLC ("Fluent") and RewardZone USA, LLC ("Reward Zone").

3.    I have reviewed the Class Action Complaint filed by Laura Hilton ("Hilton") and Anna Nikerina ("Nikerina") (collectively, "Plaintiffs") in the above-captioned matter, and I am familiar with the allegations and the claims asserted by the Plaintiffs.

4.    Reward Zone is a digital marketing company that operates websites that are used to provide advertising and lead generation services for its advertiser customers. Fluent uses Reward Zone's websites to collect first-party data that it uses to assist brands in targeting and engaging with their consumers.

5.    In order to participate in promotions and reward surveys on one of Reward Zone's websites, users are required to register and agree to the Terms and Conditions of Reward Zone's

website. Users then have the option of consenting to receive texts and telemarketing calls to the telephone numbers provided.

6. On March 23, 2017, a user believed to be Plaintiff Hilton visited one of Reward Zone's websites and registered to participate in reward surveys and other marketing promotions. The user registered with the telephone number 513-388-8083 – which is the phone number identified by Hilton's attorney as hers – and the name "Ayanna Guthrie," from Cincinnati, Ohio. Hilton agreed to the Terms and Conditions of Reward Zone's website, which includes a mandatory arbitration provision by clicking the "Submit" button on the registration page. She then provided her express written consent to receive telemarketing calls and text messages from Reward Zone and its marketing partners to the supplied telephone number by checking the unchecked check box and clicking the Continue button. A true and correct copy of the screen shots where she agreed to the Terms and Conditions and provided her TCPA consent is attached as **Exhibit 1.**

7. On May 15, 2017, Plaintiff Nikerina visited one of Reward Zone's websites and registered to participate in reward surveys and other marketing promotions. Nikerina registered with the telephone number 224-715-6484 and the name Anna Nikerina when she registered. Nikerina agreed to the Terms and Conditions of Reward Zone's website, which includes a mandatory arbitration provision by clicking the "Submit" button on the registration page. She then provided her express written consent to receive telemarketing calls and text messages from Reward Zone and its marketing partners to the supplied telephone number by checking the unchecked check box and clicking the Continue button. A true and correct copy of the screen shots where she agreed to the Terms and Conditions and provided her TCPA consent is attached as **Exhibit 2.**

8. The Terms and Conditions in effect when Plaintiffs registered with Reward Zone are attached as **Exhibit 3.**

9. The Terms and Conditions contain a choice of law clause that states: "**Agreement; Choice of Law:** You agree that the Full Terms constitute the agreement between us and that New York law controls, without regard to conflicts of law provisions."

10. The Arbitration/Dispute Resolution clause set forth in the Terms and Conditions provides:

> If you have a dispute concerning any aspect of these Terms & Conditions, the RZU Website, your participation in a Promotion, or entitlement to an Incentive, you should first contact customer support on the RZU Website or by completing a customer support ticket. We will attempt to resolve the matter to your satisfaction within thirty (30) days of our receipt of a customer support ticket. We may choose to provide you with a final written settlement offer during this process. If we provide you with a final written settlement offer and you don't accept it, or we can't otherwise satisfactorily resolve your dispute or you chose to skip this step, you can submit your dispute for resolution by arbitration before the American Arbitration Association ("AAA") in the county where you live by filing a separate Demand for Arbitration online by following the instructions at https://apps.adr.org/webfile/. You will need our mailing address to file online. To obtain our mailing address, contact us by clicking here.
>
> If we have a dispute, we will submit our dispute for resolution by arbitration before the AAA in New York, NY. If either party files for arbitration, it will be conducted in accordance with the then current AAA Commercial Arbitration Rules. The arbitrator will have exclusive authority to resolve any dispute including any claim that all or any part of the Terms & Conditions, including this provision, are unenforceable. If you proceed to arbitration, we will pay all AAA filing, administration and arbitrator fees unless the arbitrator determines that your claim is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)). For claims brought by you of Ten Thousand Dollars ($10,000.00) or less, you can choose whether the arbitration proceeds in person, by telephone or based only on submissions. The arbitrator may award any form of individual or equitable relief, including injunctive relief. Any award will be final and conclusive to the parties and may be entered in any court of competent jurisdiction. If you initiate arbitration and the arbitrator awards you relief that is greater than our final written settlement offer made before an arbitrator was selected, then we will pay you a minimum recovery of Five Hundred Dollars ($500.00), plus we will reimburse any reasonable expenses incurred by your attorney, if any, including fees reasonably accrued for investigating, preparing and pursuing the claim in arbitration. Although under some laws we may have a right to an award of attorneys' fees and

expenses if we prevail in arbitration, we agree that we will not seek such an award from you. You and your attorneys are not required to keep the results of the arbitration confidential. This provision shall not be construed to preclude any party from seeking injunctive relief to protect its rights pending an outcome in arbitration.

You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in such a suit. The Terms & Conditions do not constitute a waiver of any of your rights and remedies to pursue a claim individually and not as a class action in binding arbitration as provided above. This provision preventing you from bringing, joining or participating in class action lawsuits is an independent agreement. You may opt-out of these Dispute Resolution Provisions by providing written notice of your decision within thirty (30) days of the date that you first register on the RZU Website.

**YOU ACKNOWLEDGE AND AGREE THAT, VIA YOUR ACCEPTANCE OF THESE DISPUTE RESOLUTION PROVISIONS, YOU WAIVE ANY RIGHT TO A JURY TRIAL, AS WELL AS YOUR RIGHT TO BRING, JOIN OR PARTICIPATE AS A PLAINTIFF OR A CLASS MEMBER IN A CLASS ACTION SUIT OR MULTI-PARTY ARBITRATION BROUGHT AGAINST US, ANY PERSON RELATED TO US OR A SERVICE PROVIDER USED BY US TO PROVIDE THE SERVICE.**

11. Although the Dispute Resolution Provision allows a user to opt out within 30 days, neither Hilton nor Nikerina opted out of the Dispute Resolution Provision.

12. Neither Plaintiff has complied with the requirements of the Dispute Resolution provision, which provides that they should try to resolve any disputes with customer service before commencing an arbitration proceeding.

13. On January 12, 2018, Fluent and Reward Zone commenced two separate arbitration proceedings with the American Arbitration Association in New York, New York, in accordance with the Terms and Conditions and in an effort to resolve the disputes of Plaintiffs, Hilton and Nikerina.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on January 12, 2018.

                                                                    DANIEL BARSKY, ESQ.

Timestamp: 3/26/2017 6:45:30 AM EST



Submit Date Time: 3/26/2017 6:47:34 AM EST

Exhibit 1



Timestamp: 5/15/2017 8:20:57 AM EST

Submit Date Time: 5/15/2017 8:22:53 AM EST

Exhibit 2

**REWARDZONEUSA, LLC WEBSITES - TERMS AND CONDITIONS.**

Last Modified: March 23, 2017

We (RewardZone USA, LLC) operate RewardZoneUSA.com, NationalConsumerCenter.com and other websites (RZU Websites) where you can qualify to earn incentives – merchandise or gift cards (Incentives) - by completing certain offers (Promotions).

**How the Promotions Work.** To qualify for an Incentive, you must (a) be at least 18 years old and a U.S.  resident; (b) submit your accurate name, contact (registration) and demographic information including your valid  mailing and email addresses; (c) complete the survey questions; (d) meet the applicable Promotion requirements set forth below within a twenty  (20) day period beginning with the date of your  first completed offer (if you register but don't complete an offer, the 20 day period does not start); (e) start the Incentive claims process within 10 days of when you complete the required number of offers and complete the claims verification process within 60 days thereafter; and  (f) provide a properly completed claim form and supporting documentation (see below).

| Incentive | Silver Offers | Gold Offers | Platinum Offers |
|---|---|---|---|
| Tier 1 - Value of $100 or less[1] | 1 | 1 | 2 |
| Tier 2 - Value greater than $100 [2] | 1 | 1 | 8 |

The Silver, Gold and Platinum offers appear AFTER the registration forms, surveys and optional offers, which do not count towards qualifying for an Incentive.  To be credited with the completion of an offer as shown in the table above, you must first access the offer through this RZU Website or through a valid link provided to you by Customer Support.   We use third party services to verify your registration information.  If your registration information is determined to be invalid, we reserve the right to not display the pages with the Promotion offers.  In that case, you will be ineligible to earn an Incentive.  You must use the same accurate contact information for completing the required offers as you did during the registration process.  If you don't complete all of the requisite offers during your initial visit to this RZU Website, go to Incentive Status and log in and use the provided link that will enable you to resume signing up for offers or contact Customer Support who will provide you with a re-entry link.  You should retain any confirmation emails or other documentation received applicable to the completed offers.  You cannot sign up for the same offer more than once to get credit for an Incentive.

For a subscription or purchase offer, the advertiser must be able to successfully bill your credit card at least once or for the number of times specified in the particular offer's terms to receive credit.  Some of our advertisers will not accept prepaid cards to complete offers.  You will not be credited with completing an offer unless the advertiser confirms your completion, so do not use a prepaid card for offers or cancel an offer right after you signup. (Many advertisers will not give credit to a "quick cancel.") .  For this reason, there may be a delay from the time you sign up for an offer and when it is appears as a completed offer if you check your Incentive Status.  For a financial offer such as a credit card, the card must be activated by making a purchase, transferring a balance or taking a cash advance for the offer to be considered "completed", and the user must remain a card holder for at least 60

**Exhibit 3**

days.  Additional terms and conditions may apply to participate in select marketing offers.  You should read the terms of each offer provided by the advertiser for an explanation of these terms where they exist.  The [Representative Offer Chart](#) provides important information on many of the offers including initial cost, ongoing obligations and how to cancel.   If you have questions about any offers, please review the chart or contact the third party sponsor/advertiser.  Customer Support is also available to provide assistance.

**Incentive Status.** You can check on your progress at any time by logging in with your email address on "Incentive Status."  (If you haven't completed any offers, you will not be able to log in to Incentive Status.) Sometimes offers aren't properly accounted for when you check on your Incentive Status.  You should keep email confirmations from completed offers as we may ask for them during the claims process to confirm you're entitled to claim an incentive.  We also reserve the right to require you to provide us with proof of payment for completed offers.  Acceptable proof includes copies of bank or credit card statements.  When you make copies of your statements, we ask that you mask out your account number.

**Claiming Your Incentive.**  Start the claims process by logging onto the "Incentive Status" and selecting "Claim My Incentive." Complete the required information: name, mailing address, email address, telephone number and Incentive Promotion.  We will review your claim and confirm whether you qualify.   If one or more offers haven't registered in our system, we will send a Confirmation of Completed Offer form via email.  Please print out the form and complete it and provide an unaltered copy of the confirmation email(s) and proof of payment.  You can send a photos of the required documentation using your smart phone.  Once we have verified that you completed the requisite offers, we will send you a claim form via email or USPS if you prefer.  Currently we use Adobe EchoSign to send our claim forms.  Follow the instructions on the Claim Form.   If your name, email, or mailing address is different than what you provided when you registered, we may ask you to provide proof of your current mailing address by providing, for example, a current utility bill.  Once we have verified that you completed the offers and received a properly executed claim form and a government issued Photo ID (you can mask out your identification number from the ID), we will send you your Incentive within two to four weeks.

If the Incentive is a gift card, for added security we will send you a gift card with a $0 balance.  You must contact us to have your card activated and loaded with the appropriate Incentive amount using the activation instructions included with your gift card.  You need to complete the claims verification process within 60 days of when you first start the process by clicking on Claim My Incentive and then must file your claim form with your ID and proof of address (if required) within 30 days of when we send the claim form.   We reserve the right to substitute an Incentive of equal or greater value if the Incentive you earned is unavailable for any reason.  We are not responsible and will not replace any lost, stolen or mis-delivered Incentives unless the mis-delivery is clearly because of our error.

We rely on our users providing accurate registration information so we and our marketing partners can connect with and market to our users.  **If your registration information (name, postal address, email address) does not match the information on your claim form, we reserve the right to disqualify you.**

**Publicity.**  We may use your first name, last initial and City and State of residence (for example John S. Wichita, KS) on a RZU Website.  We will also ask for a testimonial and/or a picture of you with your

Incentive. If you submit either, you grant us a royalty-free license to display and use what you submit to us in any medium.

**Limitations. Incentives are limited to one Incentive of any kind per household (persons living at the same address) within any twelve calendar month period provided you must wait 24 calendar months after you claim a Tier 2 Incentive before you claim another Tier 2 Incentive.** You cannot complete offers using a bot or other automated means of signing up or otherwise tamper with our system or attempt to defraud us by using multiple email addresses or other means or otherwise "game" the Program to circumvent the limitations described above.   You also cannot use a link to an RZU Website provided by another person or one obtained outside of our normal marketing channels such as a YouTube video or gaming site or reuse a link that you previously used to claim an Incentive.   We may also disqualify you If you  access an RZU Website 'mid-path' by skipping the registration and/or survey pages.  If we reasonably believe you are attempting to do so, we may void all of your attempts to qualify for an Incentive.

**Privacy, Security and Links:**  Please review our Privacy Policy for more information concerning our collection and use of your information, the security of your information and how to have your information deleted from our database.  For a timely response to any inquiry regarding your offer submissions, qualification, and incentive delivery, please write an email to info@rewardzoneusa.com.  The RZU Websites may contain links to other sites or services. We are not responsible for the privacy practices or the content of such third party sites.

**Tax Liability:** You are responsible for all local, state, and federal taxes on any Incentive you receive.

**Agreement; Choice of Law:** You agree that the Full Terms constitute the agreement between us and that New York law controls, without regard to conflicts of law provisions.

**Arbitration/Dispute Resolution:**
If you have a dispute concerning any aspect of these Terms & Conditions, the RZU Website, your participation in a Promotion, or entitlement to an Incentive, you should first contact customer support on the RZU Website or by completing a customer support ticket.  We will attempt to resolve the matter to your satisfaction within thirty (30) days of our receipt of a customer support ticket. We may choose to provide you with a final written settlement offer during this process. If we provide you with a final written settlement offer and you don't accept it, or we can't otherwise satisfactorily resolve your dispute or you chose to skip this step, you can submit your dispute for resolution by arbitration before the American Arbitration Association ("AAA") in the county where you live by filing a separate Demand for Arbitration online by following the instructions at https://apps.adr.org/webfile/. You will need our mailing address to file online. To obtain our mailing address, contact us by clicking **here**.

If we have a dispute, we will submit our dispute for resolution by arbitration before the AAA in New York, NY. If either party files for arbitration, it will be conducted in accordance with the then current AAA Commercial Arbitration Rules. The arbitrator will have exclusive authority to resolve any dispute including any claim that all or any part of the Terms & Conditions, including this provision, are unenforceable. If you proceed to arbitration, we will pay all AAA filing, administration and arbitrator fees unless the arbitrator determines that your claim is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)). For claims brought by you of Ten Thousand Dollars ($10,000.00) or less, you can choose whether the arbitration proceeds in person, by telephone or based only on submissions. The arbitrator may award any form of individual or

3

equitable relief, including injunctive relief. Any award will be final and conclusive to the parties and may be entered in any court of competent jurisdiction. If you initiate arbitration and the arbitrator awards you relief that is greater than our final written settlement offer made before an arbitrator was selected, then we will pay you a minimum recovery of Five Hundred Dollars ($500.00), plus we will reimburse any reasonable expenses incurred by your attorney, if any, including fees reasonably accrued for investigating, preparing and pursuing the claim in arbitration. Although under some laws we may have a right to an award of attorneys' fees and expenses if we prevail in arbitration, we agree that we will not seek such an award from you. You and your attorneys are not required to keep the results of the arbitration confidential. This provision shall not be construed to preclude any party from seeking injunctive relief to protect its rights pending an outcome in arbitration.

You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in such a suit. The Terms & Conditions do not constitute a waiver of any of your rights and remedies to pursue a claim individually and not as a class action in binding arbitration as provided above. This provision preventing you from bringing, joining or participating in class action lawsuits is an independent agreement. You may opt-out of these Dispute Resolution Provisions by providing written notice of your decision within thirty (30) days of the date that you first register on the RZU Website.
**YOU ACKNOWLEDGE AND AGREE THAT, VIA YOUR ACCEPTANCE OF THESE DISPUTE RESOLUTION PROVISIONS, YOU WAIVE ANY RIGHT TO A JURY TRIAL, AS WELL AS YOUR RIGHT TO BRING, JOIN OR PARTICIPATE AS A PLAINTIFF OR A CLASS MEMBER IN A CLASS ACTION SUIT OR MULTI-PARTY ARBITRATION BROUGHT AGAINST US, ANY PERSON RELATED TO US OR A SERVICE PROVIDER USED BY US TO PROVIDE THE SERVICE.**

**Liability Release:** By accessing one of the RZU Websites or participating in any of our Promotions, you release us and our respective parents, subsidiaries, and other affiliated companies, and the directors, shareholders, officers, employees, or agencies of any of the above organizations, for any and all liability for any injury, death, loss, tax liability or damage of any kind arising from your participation in a Promotion, or resulting from acceptance, possession, use or misuse of any sponsor offer or Incentive.

**LIMITATION OF LIABILITY:** TO THE MAXIMUM EXTENT ALLOWED BY APPLICABLE LAW, WE WILL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR RELATING TO THE FULL TERMS, THE RZU WEBSITES, A PROMOTION OR AN INCENTIVE, NO MATTER HOW CAUSED. IN NO EVENT WILL OUR TOTAL CUMULATIVE LIABILITY TO ANY USER EXCEED AN AMOUNT EQUAL TO THE LESSER OF (I) THE VALUE OF THE INCENTIVE FOR WHICH THE CONSUMER HAS REGISTERED, OR (II) $1,000, OR (III) ACTUAL DOLLAR AMOUNT CONSUMER SPENT ON A RZU WEBSITE COMPLETING SPONSOR OFFERS.

**DISCLAIMER OF WARRANTIES**: THE RZU WEBSITES, PROMOTIONS, INCENTIVES, AND ANY PRODUCTS AND/OR SERVICES THAT YOU MAY RECEIVE FROM US OR ONE OF OUR THIRD PARTY PARTNERS ARE PROVIDED TO YOU ON AN 'AS IS' AND 'AS AVAILABLE' BASIS AND ALL WARRANTIES, EXPRESS AND IMPLIED, ARE DISCLAIMED TO THE FULLEST EXTENT PERMISSIBLE PURSUANT TO APPLICABLE LAW.

**Updates:** We may revise the Full Terms and this summary at any time.  Your continued use of a RZU Website and/or participation in a Promotion evidences your acceptance of any changes.

If you do not accept any of the terms of the Full Terms or this summary, we ask that you not complete our registration process or access a RZU Website.

---

[1] Gift cards with a face value of $100 or less and other merchandise with an average retail value of $100 or less.
[2] Gift cards with a face value of more than $100 and merchandise, such as iPads, iPhones and laptops, with an average retail value more than of $100.

5