UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-cv-81270-DMM

| | |
|---|---|
| **LAURA HILTON, ANNA NIKERINA**, **EBONIE ORR**, **JOHN BROOKS**, and **WHITNEY TRZUPEK**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**FLUENT, LLC,** and **REWARD ZONE USA, LLC,**<br><br>*Defendants*. | CLASS ACTION COMPLAINT<br><br>DEMAND FOR JURY TRIAL |

## PLAINTIFF WHITNEY TRZUPEK'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Whitney Trzupek, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff Whitney Trzupek, individually, are hereby dismissed without prejudice. This notice shall have no impact with respect to the pending claims asserted by Plaintiffs Laura Hilton, Anna Nikerina, Ebonie Orr, and John Brooks, and their claims are hereby <u>not</u> dismissed.

Dated: February 20, 2018

Respectfully Submitted,

| **HIRALDO P.A.**<br><br>/s/ *Manuel S. Hiraldo*<br>Manuel S. Hiraldo<br>Florida Bar No. 030380<br>401 E. Las Olas Boulevard<br>Suite 1400<br>Ft. Lauderdale, Florida 33301<br>mhiraldo@hiraldolaw.com<br>Telephone: 954.400.4713<br><br>*Counsel for Plaintiffs and the Putative Class* | **LAW OFFICES OF STEFAN COLEMAN P.A.**<br>Stefan Coleman<br>Florida Bar No. 00030188<br>201 S. Biscayne Blvd., 28th Floor<br>Miami, Florida 333131<br>Telephone: (888) 333-9427<br>Facsimile: (888) 498-8946<br><br><br><br>*Counsel for Plaintiffs and the Putative Class* |
|---|---|
| **KAUFMAN P.A.**<br>Avi R. Kaufman<br>Florida Bar No. 084382<br>400 N.W. 26th Street<br>Miami, Florida 33127<br>Tel: (305) 469-5881<br>Email: kaufman@kaufmanpa.com<br><br>*Counsel for Plaintiffs and the Putative Class* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CETIFY that on February 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Manuel S. Hiraldo*
Florida Bar No. 030380
*Counsel for Plaintiff*