UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-cv-81270-DMM

| | |
|---|---|
| **LAURA HILTON, ANNA NIKERINA, EBONIE ORR, JOHN BROOKS**, and **WHITNEY TRZUPEK**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**FLUENT, LLC,** and **REWARD ZONE USA, LLC,**<br><br>*Defendants*. | CLASS ACTION COMPLAINT<br><br>DEMAND FOR JURY TRIAL |

## NOTICE OF SETTLEMENT

Plaintiffs Laura Hilton, Anna Nikerina, Ebonie Orr, and John Brooks, by and through undersigned counsel, hereby give notice that the parties have reached a settlement with respect to Plaintiffs' individual claims. Plaintiffs and Defendant are in the process of finalizing their settlement agreement. Plaintiffs anticipate filing a notice of dismissal within ten (10) days of this notice.

1

Dated: March 30, 2018

Respectfully Submitted,

| | |
|---|---|
| **HIRALDO P.A.**<br><br>/s/ Manuel S. Hiraldo<br>Manuel S. Hiraldo<br>Florida Bar No. 030380<br>401 E. Las Olas Boulevard<br>Suite 1400<br>Ft. Lauderdale, Florida 33301<br>mhiraldo@hiraldolaw.com<br>Telephone: 954.400.4713<br><br>*Counsel for Plaintiffs and the Putative Class* | **LAW OFFICES OF STEFAN COLEMAN P.A.**<br>Stefan Coleman<br>Florida Bar No. 00030188<br>201 S. Biscayne Blvd., 28th Floor<br>Miami, Florida 333131<br>Telephone: (888) 333-9427<br>Facsimile: (888) 498-8946<br><br><br><br>*Counsel for Plaintiffs and the Putative Class* |
| **KAUFMAN P.A.**<br>Avi R. Kaufman<br>Florida Bar No. 084382<br>400 N.W. 26th Street<br>Miami, Florida 33127<br>Tel: (305) 469-5881<br>Email: kaufman@kaufmanpa.com<br><br>*Counsel for Plaintiffs and the Putative Class* | |

## CERTIFICATE OF SERVICE

I HEREBY CETIFY that on March 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Manuel S. Hiraldo*
Florida Bar No. 030380
*Counsel for Plaintiff*