UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-cv-81270-DMM

| | |
|---|---|
| **LAURA HILTON, ANNA NIKERINA**, **EBONIE ORR**, **JOHN BROOKS**, and **WHITNEY TRZUPEK**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**FLUENT, LLC,** and **REWARD ZONE USA, LLC,**<br><br>*Defendants*. | CLASS ACTION COMPLAINT<br><br>DEMAND FOR JURY TRIAL |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs Laura Hilton, Anna Nikerina, Ebonie Orr, John Brooks, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss the instant action. All claims of Plaintiffs Laura Hilton, Anna Nikerina, Ebonie Orr, John Brooks, individually, are hereby dismissed with prejudice.

1

Dated: April 11, 2018

Respectfully Submitted,

| **HIRALDO P.A.**<br><br>/s/ Manuel S. Hiraldo<br>Manuel S. Hiraldo<br>Florida Bar No. 030380<br>401 E. Las Olas Boulevard<br>Suite 1400<br>Ft. Lauderdale, Florida 33301<br>mhiraldo@hiraldolaw.com<br>Telephone: 954.400.4713<br><br>*Counsel for Plaintiffs and the Putative Class* | **LAW OFFICES OF STEFAN COLEMAN P.A.**<br>Stefan Coleman<br>Florida Bar No. 00030188<br>201 S. Biscayne Blvd., 28th Floor<br>Miami, Florida 333131<br>Telephone: (888) 333-9427<br>Facsimile: (888) 498-8946<br><br><br><br>*Counsel for Plaintiffs and the Putative Class* |
|---|---|
| **KAUFMAN P.A.**<br>Avi R. Kaufman<br>Florida Bar No. 084382<br>400 N.W. 26th Street<br>Miami, Florida 33127<br>Tel: (305) 469-5881<br>Email: kaufman@kaufmanpa.com<br><br>*Counsel for Plaintiffs and the Putative Class* | |

## CERTIFICATE OF SERVICE

I HEREBY CETIFY that on April 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                              */s/ Manuel S. Hiraldo*
                                              Florida Bar No. 030380
                                              *Counsel for Plaintiff*