UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-81270-CV-MIDDLEBROOKS/Brannon

LAURA HILTON, et al.

    Plaintiffs,

v.

FLUENT LLC, et al.

    Defendants.

_____

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiffs Notice of Voluntary Dismissal (with prejudice), filed April 11, 2018. (DE 75). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served an answer or filed a motion for summary judgment. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE.** The Clerk of Court shall **CLOSE THIS CASE.** All pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this __11__ day of April, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

c:    Counsel of Record